UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>              Plaintiff,<br><br>v.<br><br>KARIE RAINER,<br><br>              Defendant. | CASE NO. C19-5743 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's motion for a temporary restraining order and preliminary injunction, Dkt. 11, is **DENIED**;

(3) Plaintiff's *in forma pauperis status* continues for purposes of appeal.

Dated this 27th day of January, 2020.

                                                          */s/ Benjamin H. Settle*
                                                          BENJAMIN H. SETTLE
                                                          United States District Judge