The Honorable Judge Benjamin H. Settle
The Honorable U.S. Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON, | Case No. 3:19-cv-05743-BHS-TLF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST CERTAIN DEFENDANTS** |
| vs. | |
| KARIE RAINER, TIM THRASHER, et al., | |
| Defendants. | |

## I.   INTRODUCTION

Plaintiff Michael Denton by and through his attorney Darryl Parker, and Defendants Stephanie Batzell, Scott Russell, William Barr, Scott Frakes, Dr. Patterson, Stephen Sinclair, Ron Hayes, Vincent Stroup, Bill Tuffree, Snyderwease, Karlyanna Roberts-Green, Joshua Sutherby, Mario Fernandez, Gabe Forrest, Donald Evans, Troy Aidan, and T. Sharpe, by and through their attorneys, stipulate that all claims asserted, or which could have been asserted herein and between them, shall be dismissed with prejudice.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST CERTAIN DEFENDANTS - 1
CASE No 3:19-cv-05743-BHS-TLF

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

DATED this 11th day of October, 2022.

        CIVIL RIGHTS JUSTICE CENTER, PLLC

        */s/ Darryl Parker*_____
        **Darryl Parker**, WSBA #30770
        *Attorney for Plaintiff*


        ROBERT W. FERGUSON
        Attorney General


        */s/ Timothy J. Feulner*_____
        **Timothy J. Feulner**, WSBA #45396
        *Assistant Attorney General*
        *Corrections Divisions*

It is so ordered,

*[signature]*
_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST CERTAIN DEFENDANTS - 2
CASE NO 3:19-cv-05743-BHS-TLF

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# CERTIFICATE OF SERVICE

I, Adeline Ellison, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date in the manner indicated below, I caused a true and correct copy of STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST CERTAIN DEFENDANTS and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 11th day of October, 2022 at Seattle, Washington.

*/s/ Adeline Ellison*
**Adeline Ellison,** Legal Assistant

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST CERTAIN DEFENDANTS - 3
CASE NO 3:19-cv-05743-BHS-TLF

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183