UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

KARIE RAINER et al.,,

        Defendants.

Case No. 3:19-cv-5743-BHS-TLF

ORDER SETTING TRIAL AND PRETRIAL DATES

This matter comes before the Court on the Court's order declining to adopt report and recommendation, and granting plaintiff's motion to amend (Dkt. 118). Dkt. 151.

Pursuant to the Court's Order, the Court sets the following scheduling order:

I.     TRIAL AND PRETRIAL DATES

| Event | Date |
| --- | --- |
| Deadline for defendant's answer | November 11, 2022 |
| Expert Disclosure Deadline | December 16, 2022 |
| Discovery Complete by | January 20, 2023 |
| Dispositive Motion Deadline | March 10, 2023 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | March 17, 2023 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | March 27, 2023 |

ORDER SETTING TRIAL AND PRETRIAL DATES - 1

| | |
|---|---|
| Agreed pretrial order filed with the Court by | March 30, 2023 |
| Pretrial Conference to be held at 11:00 AM | April 3, 2023 |
| Jury Trial to be held at 9:30 AM before the Honorable Benjamin H. Settle | April 18, 2023 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court. If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

II.   FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

III.   PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

- Dates of Birth − redact to the year of birth, unless deceased.
- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer ID Numbers − redact in their entirety.
- Financial Accounting Information − redact to the last four digits.

ORDER SETTING TRIAL AND PRETRIAL DATES - 2

- Passport Numbers and Driver License Numbers – redact in their entirety.

## IV.  SETTLEMENT

If this case is settled, please advise the Court immediately at Mary_Trent@wawd.uscourts.gov

Dated this 12th day of October, 2022.

Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING TRIAL AND PRETRIAL DATES - 3