UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

          Plaintiff,

  v.

KARIE RAINER, et al.,

          Defendants.

Case No. C19-5743 BHS-TLF

ORDER

This matter comes before the Court on the following motions: (1) plaintiff's motion for preliminary injunction (Dkt. 59); (2) defendants' motion to exclude expert testimony (Dkt. 76); (3) defendants' motion for summary judgment (Dkt. 89); (4) defendants' motion to dismiss (Dkt. 103); (5) defendants' motion for extension of time (Dkt. 133); (6) defendants' motion to exclude expert testimony (Dkt. 142); and (7) plaintiff's motion to strike defendants' reply to plaintiff's response to the motion for summary judgment (Dkt. 144).

On September 27, 2022, the Hon. Benjamin H. Settle granted plaintiff's motion to amend his complaint (Dkt. 118). Dkt. 151. Plaintiff subsequently filed his second amended complaint for damages on October 11, 2022. Dkt. 155. Therefore, plaintiff's amended complaint at Docket 10 is no longer the operative complaint. In light of the fact that the aforementioned motions pending before the Court are based on claims raised in plaintiff's previously filed amended complaint (Dkt. 10), which is no longer the operative

ORDER - 1

complaint, those motions are STRICKEN from the record as moot. The Court has issued a new scheduling order (Dkt. 156) with updated pretrial deadlines.

    Dated this 13th day of October, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2