THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL DENTON, <br><br> Plaintiff, <br><br> v. <br><br> KARIE RAINER, et al., <br><br> Defendants. | NO. 3:19-cv-05743-BHS <br><br> STIPULATED MOTION TO AMEND PRETRIAL ORDER <br><br> Note on Motion Calendar: <br> December 15, 2022 |

The parties in this case have conferred with each other regarding this motion and jointly request that this Court modify two deadlines in the pretrial order: the expert disclosure deadline and the discovery completion deadline. Specifically, the parties stipulate to an extension of the expert witness deadline currently set for December 16, 2022, until January 13, 2023. Defendants anticipate having a retained expert and need additional time to comply with the current deadline in light of the workload of Defendants' counsel. Additionally, any extension needs to factor in things like the upcoming holidays. Thus, an extension of this deadline until January 13, 2023, is appropriate.

The parties also stipulate to the extension of the discovery completion deadline that is currently set for January 20, 2023, until February 3, 2023. Both parties require additional time to complete discovery and such an extension is appropriate in light of the request to extend the expert disclosure deadline. Extending this deadline will enable the parties sometime after the disclosure deadline to complete discovery.

STIPULATED MOTION TO AMEND PRETRIAL ORDER

NOTE ON MOTION CALENDAR:
DECEMBER 15, 202
NO. 3:19-cv-05743-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1     For the above stated reasons, the Court should grant the motion thereby extending the

2 expert disclosure deadline until January 13, 2023, and the discovery completion deadline until

3 February 3, 2023.

4     RESPECTFULLY SUBMITTED this 15th day of December, 2022.

5 ROBERT W. FERGUSON
Attorney General

6

7 s/ Timothy J. Feulner
Timothy J. Feulner, WSBA No. 45396
8 Kelly Fitzgerald, WSBA #26203
Assistant Attorneys General
9 Attorneys for Defendants

10 CIVIL RIGHTS JUSTICE CENTER, PLLC

11 /s/Darryl Parker
**Darryl Parker**, WSBA #30770
12 *Attorney for Plaintiff*

---

STIPULATED MOTION TO AMEND PRETRIAL ORDER      2      ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

NOTE ON MOTION CALENDAR:
DECEMBER 15, 2022
NO. 3:19-cv-05743-BHS

## ORDER

Based on the stipulation of the parties, as described above, and for good cause, the Court grants the stipulated motion for an extension. The new expert disclosure deadline is January 13, 2023. The new discovery completion deadline is February 3, 2023.

DATED this 16th day of December, 2022.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO AMEND
PRETRIAL ORDER

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

DECEMBER 15, 2022
NO. 3:19-cv-05743-BHS