THE HONORABLE BENJAMIN H. SETTLE
THE HONORABLE THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

KARIE RAINER, et al.,

        Defendants.

NO. 3:19-cv-05743-BHS-TLF

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL

THIS MATTER having come regularly before the Court on Defendants' unopposed motion to seal, the Court having reviewed the memoranda, declarations and other evidence submitted by the parties and being otherwise fully advised does hereby find and **ORDER**:

    1.    Defendants' unopposed motion to seal is **GRANTED**;

    2.    The Court finds that there are compelling reasons to seal the medical records (Exhibit 1 of the Declaration of Counsel) filed with Defendants' response to the motion to exclude. The medical records discuss Plaintiff's mental health treatment and mental health conditions in detail. The Court finds protecting details about Plaintiff's mental health treatment serves a compelling interest.

    3.    The Court has balanced these concerns with the public's right to know and the public interest. Although there is a public interest in having access to materials submitted as part of a response to a motion to exclude, the interest is outweighed here by the overwhelming compelling interest in maintaining the confidentiality of the details of Mr. Denton's mental health treatment

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL
NO. NO. 3:19-cv-05743-BHS-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

records. Furthermore, any public interest or legitimate need to know the information can be preserved to some degree by the parties' reference to these documents. The Court can also describe portions of these documents, if any, that it believes is relevant to its decision.

4. There is no lesser way to protect the interests at stake here due to the nature of the evidence and the concerns presented by such evidence.

5. The Clerk is directed to send uncertified copies of this Order to counsel for Plaintiff and counsel for Defendants.

DATED this 27th day of March, 2023.

BENJAMIN H. SETTLE
United States District Judge

Submitted by:

ROBERT W. FERGUSON
Attorney General

s/ Timothy J. Feulner
TIMOTHY J. FEULNER, WSBA #45396
Assistant Attorney General
Tim.Feulner@atg.wa.gov

ORDER GRANTING DEFENDANTS' MOTION TO SEAL
NO. NO. 3:19-cv-05743-BHS-TLF

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445